938

LESAVOY INDUSTRIES, INC., et al., Respondents, v. PROVIDENCE WASHINGTON INSURANCE COMPANY et al., Appellants, et al., Defendant.— Order unanimously modified, with $10 costs and disbursements to the appellants, to the extent of granting defendants' motion for the taking of the deposition before trial of the witness, Jesse J. Berlin, and the production by him upon such examination of the requisite books and papers to be specified in the order to be entered herein. In our opinion, special circumstances have been shown that render it proper that such deposition be taken. The individual plaintiff in his examination before trial has testified that the witness, Berlin, as plaintiffs' insurance broker conducted the negotiations for the insurance which is the subject of the complaint. Sufficient has been shown to demonstrate that the witness, Berlin, was so related to the making of the alleged extension of the binder agreements, that his examination ought to have been allowed. (*Manufacturers Trust Co.* v. *American Nat. Fire Ins. Co.*, 232 App. Div. 536.) As so modified the order is affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

IRENE FRIEDMAN, Respondent, v. A. BENJAMIN FRIEDMAN, Appellant.— Order granting temporary alimony and counsel fee unanimously reversed, and the motion denied on the ground that when the action was commenced the parties were still living together (*Berman* v. *Berman*, 277 App. Div. 560; *Sommer* v. *Sommer*, 285 App. Div. 809). No showing is made as to the necessity for plaintiff remaining at the matrimonial domicile while suing for a separation. It is immaterial that since the commencement of the action the wife has removed herself from the marital residence. It is noted further that, on this record, plaintiff wife has failed to make out a proper case for temporary alimony and counsel fee, apart from the status of the parties at the time the action was commenced. Present — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

SYLVIA MOYER, as Administratrix of the Estate of MATTHEW WALDRON, Deceased, Appellant, v. N. H. LYONS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARSHALL BROUGHTON, Appellant.— Judgments unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID JACOBS, Appellant.— There does not appear to have been any proof to support the second count of the information, and it should have been dismissed. As to the first count, there was evidence that the employer had previous information of the intention to pay the sums involved, which should have limited the conviction on that count to an attempt to commit the crime. However, the evidence was sufficient to sustain the conviction on all other counts. Sentence was suspended. We affirm the judgment as so modified with respect to the first two counts. Settle order on notice. Present — Peck, P. J., Callahan, Breitel and Bastow, JJ.